1  SCOTT A. MARTIN, SBN 57714
   smartin@phmwa.com
2  DOUGLAS A. AMO, SBN 117581
   damo@phmwa.com
3  PIVO, HALBREICH, MARTIN, WILSON & AMO LLP
   535 Anton Blvd., Suite 800
4  Costa Mesa, CA 92626

5  Telephone: (714) 619-2200
   Facsimile: (714) 619-2209
6
7  Attorneys for: Defendants COUNTY OF ORANGE
   and KIRSTEN WINTERSCHEID

RECEIVED

DEC 15 2011

PIVO HALBREICH MARTIN
WILSON & AMO LLP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| THEO DELIGIANNIS,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY KIRSTEN WINTERSCHEID and COUNTY OF ORANGE,<br><br>Defendants. | CASE NO.:<br>SACV 10-1243 (DOC) (JC)<br><br>**STIPULATION (INCLUDING RECITALS) FOR DISMISSAL *WITH* PREJUDICE; and ORDER [Proposed]** |

## STIPULATION (INCLUDING RECITALS)
## FOR DISMISSAL *WITH* PREJUDICE

The parties to this **STIPULATION (INCLUDING RECITALS) FOR DISMISSAL *WITH* PREJUDICE** (the "Stipulation and Recitals") are: *Pro Se* Plaintiff Theophilos Luis Deligiannis, Jr. aka Theo Deligiannis ("Mr. Deligiannis"); and Defendants County of Orange (the "County") and Orange County Sheriff-Coroner Department Deputy Kirsten Winterscheid ("Deputy Winterscheid"), through their counsel Scott A. Martin, Esq. ("Mr. Martin") of Pivo, Halbreich, Martin, Wilson & Amo LLP.

Recitals

1. Mr. Deligiannis (on the one hand), and the County and Deputy Winterscheid (on the other hand), have reached an agreement to resolve all of their differences herein; and that agreement has been memorialized in a written **SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS** (the "Release"), which has been executed by Mr. Deligiannis.

2. The Release provides that Mr. Deligiannis (on the one hand) and the County and Deputy Winterscheid (on the other hand) shall all bear their own Attorneys' Fees and Costs incurred herein; the Release contemplates that Mr. Deligiannis, and Mr. Martin (on behalf of the County and Deputy Winterscheid), will execute a Stipulation and Recitals, requesting this Court to issue an Order of Dismissal (*with* Prejudice) of this action, with all parties to bear their own Attorneys' Fees and Costs; and the Release still further provides that said Stipulation and Recitals, as well as a related [Proposed] Order, shall be presented to this Court no sooner than fifteen (15) days after the County complies with the obligations of the County and Deputy Winterscheid, under that Release.

Stipulation

A. Pursuant to the Recitals set forth above, Mr. Deligiannis, and the County and Deputy Winterscheid (through Mr. Martin), do hereby Stipulate that this Court may issue an Order of Dismissal (*with* Prejudice) herein, with all parties to bear their own Attorneys' Fees and Costs incurred.

///
///
///
///
///

1    It is so stipulated.

2

3  Dated: December 11th, 2011

4

5

6           By _____
            THEOPHILOS LUIS DELIGIANNIS, JR. aka
7           THEO DELIGIANNIS, Plaintiff *Pro Se*

8

9    It is so stipulated.

10

11  Dated: December 8th, 2011

12

13           PIVO, HALBREICH, MARTIN, WILSON & AMO LLP

14

15

16          By _____
            SCOTT A. MARTIN
17          DOUGLAS A. AMO
            Counsel for Defendants
18          COUNTY OF ORANGE and ORANGE COUNTY
19          SHERIFF-CORONER DEPARTMENT DEPUTY
            KIRSTEN WINTERSCHEID
20

21

22

23

24

25

26

27

28

{00185605 }                        3
STIPULATION (INCLUDING RECITALS) FOR DISMISSAL *WITH* PREJUDICE; AND ORDER [Proposed]