1  SCOTT A. MARTIN, SBN 57714
   smartin@phmwa.com
2  DOUGLAS A. AMO, SBN 117581
   damo@phmwa.com
3  PIVO, HALBREICH, MARTIN, WILSON & AMO LLP
   535 Anton Blvd., Suite 800
4  Costa Mesa, CA 92626

5  Telephone:  (714) 619-2200
   Facsimile:  (714) 619-2209
6
7  Attorneys for: Defendants COUNTY OF ORANGE
   and KIRSTEN WINTERSCHEID

**DENIED**
BY ORDER OF THE COURT
by David O. Carter on 2/6/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THEO DELIGIANNIS,<br><br>  Plaintiff,<br><br>vs.<br><br>DEPUTY KIRSTEN WINTERSCHEID and COUNTY OF ORANGE,<br><br>  Defendants. | CASE NO.:<br>  SACV 10-1243 (DOC) (JCx)<br><br>**ORDER [Proposed] Re:**<br>**STIPULATION (INCLUDING RECITALS) FOR DISMISSAL *WITH* PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **ORDER**

Pursuant to the Stipulation and Recitals set forth above, the Court determines that this matter should be *dismissed with prejudice*, with all parties to bear their own Attorneys' Fees and Costs incurred herein.

IT IS SO ORDERED.

Dated: _____, 2012

**DENIED**
BY ORDER OF THE COURT
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE