SCOTT A. MARTIN, SBN 57714
smartin@phmwa.com
DOUGLAS A. AMO, SBN 117581
damo@phmwa.com
PIVO, HALBREICH, MARTIN, WILSON & AMO LLP
535 Anton Blvd., Suite 800
Costa Mesa, CA 92626

Telephone: (714) 619-2200
Facsimile: (714) 619-2209

Attorneys for: Defendants COUNTY OF ORANGE
and KIRSTEN WINTERSCHEID

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THEO DELIGIANNIS,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY KIRSTEN WINTERSCHEID and COUNTY OF ORANGE,<br><br>Defendants. | CASE NO.:<br>SACV 10-1243 (DOC) (JC)<br><br>STIPULATION (INCLUDING RECITALS) FOR DISMISSAL *WITH* PREJUDICE [*Federal Rule of Civil Procedure* 41(a)(1)(A)(ii)] |

## STIPULATION (INCLUDING RECITALS)

## FOR DISMISSAL *WITH* PREJUDICE

The parties to this **STIPULATION (INCLUDING RECITALS) FOR DISMISSAL *WITH* PREJUDICE** [*Federal Rule of Civil Procedure* 41(a)(1)(A)(ii)] (the "Stipulation and Recitals") are: *Pro Se* Plaintiff Theophilos Luis Deligiannis, Jr. aka Theo Deligiannis ("Mr. Deligiannis"); and Defendants County of Orange (the "County") and Orange County Sheriff-Coroner Department Deputy Kirsten Winterscheid ("Deputy Winterscheid"), through their counsel Scott A. Martin, Esq. ("Mr. Martin") of Pivo, Halbreich, Martin, Wilson & Amo LLP.

{00185605 }

1

Recitals

1. Mr. Deligiannis (on the one hand), and the County and Deputy Winterscheid (on the other hand), have reached an agreement to resolve all of their differences herein; and that agreement has been memorialized in a written **SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS** (the "Release"), which has been executed by Mr. Deligiannis.

2. The Release provides that Mr. Deligiannis (on the one hand) and the County and Deputy Winterscheid (on the other hand) shall all bear their own Attorneys' Fees and Costs incurred herein; the Release contemplates that Mr. Deligiannis, and Mr. Martin (on behalf of the County and Deputy Winterscheid), would execute a Stipulation and Recitals, requesting this Court to issue an Order of Dismissal (*with* Prejudice) of this action, with all parties to bear their own Attorneys' Fees and Costs; and the Release still further provides that said Stipulation and Recitals, as well as a related [Proposed] Order, would be presented to this Court no sooner than fifteen (15) days after the County complies with the obligations of the County and Deputy Winterscheid, under that Release.

3. Deligiannis, and Mr. Martin (on behalf of the County and Deputy Winterscheid), both signed such a Stipulation and Recitals in December 2011; and that Stipulation and Recitals, and a related [Proposed] Order, were filed with the Court on January 26, 2012. However, on February 6, 2012, United States District Judge David O. Carter *denied* that [Proposed] Order, apparently relying on *Federal Rule of Civil Procedure* ("FRCP") 41(a)(2), because a copy of the Release was not appended to the Stipulation and Recitals, or to the [Proposed] Order.

///
///
///

<u>Stipulation</u>

A. Pursuant to the Recitals set forth above, Mr. Deligiannis, and the County and Deputy Winterscheid (through Mr. Martin), do hereby Stipulate that this matter should be *dismissed* (*with* Prejudice), with all parties to bear their own Attorneys' Fees and Costs incurred, under FRCP 41(a)(1)(A)(ii).

It is so stipulated.

Dated: February 14th, 2012

By _____
THEOPHILOS LUIS DELIGIANNIS, JR. aka
THEO DELIGIANNIS, Plaintiff *Pro Se*

It is so stipulated.

Dated: February 14th, 2012

PIVO, HALBREICH, MARTIN, WILSON & AMO LLP

By _____
SCOTT A. MARTIN
DOUGLAS A. AMO
Counsel for Defendants
COUNTY OF ORANGE and ORANGE COUNTY
SHERIFF-CORONER DEPARTMENT DEPUTY
KIRSTEN WINTERSCHEID

# PROOF OF SERVICE BY MAIL
(FRCP 5(b); and Local Rule 5-3.1)

STATE OF CALIFORNIA
COUNTY OF ORANGE

    I am employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; and my business address is 535 Anton Boulevard, Suite 800, Costa Mesa, CA 92626.

    On February 29, 2012, I served the foregoing STIPULATION (INCLUDING RECITALS) FOR DISMISSAL *WITH* PREJUDICE [*Federal Rule of Civil Procedure* 41(a)(1)(A)(ii)] on the interested parties in this action

[X]   By placing a true copy thereof enclosed in a sealed envelope or package addressed as follows:

Theophilos Luis Deligiannis, Jr.
P.O. Box 17161
Anaheim, CA 92817

BY MAIL

    X   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (State)

    I declare, under the laws of the State of California, that the foregoing is true and correct.

[X]   (Federal)

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on February 29, 2012, at Costa Mesa, California.

*[signature]*
BARBARA NOLAN