# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 10-1243 DOC (JCx)            Date: March 2, 2012

Title: THEO DELIGIANNIS v. DEPUTY KIRSTEN WINTERSCHEID et al.

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
     Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                     NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

     Before the Court is a Stipulation for Dismissal with Prejudice (Dkt. 31) filed by Defendants on February 29, 2012. The motion indicates that all parties have stipulated to a dismissal with prejudice and move this Court under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

     The Court GRANTS the motion and DISMISSES WITH PREJUDICE.

     The Clerk shall serve a copy of this minute order on counsel for all parties in this action.